# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:06CV510-W

| | |
|---|---|
| **DOROTHY M. LEE, Derivatively on Behalf of FAMILY DOLLAR STORES, INC.** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**HOWARD R. LEVINE, et. al.,** )<br>)<br>**Defendants.** )<br>) | **ORDER** |

**THIS MATTER** is before the Court on the Plaintiff's "Motion[s] for Admission Pro Hac Vice ..." (documents ##36, 37, 38, 39 and 40), all filed March 7, 2007, requesting respectively the admission of Attorneys Darren J. Robbins, Travis E. Downs, III, Mary Lynne Calkins, Robert B. Weiser, and Brett D. Stecker. For the reasons set forth therein, the Motions will be **GRANTED**.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: March 8, 2007

Carl Horn, III
United States Magistrate Judge