# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:06-CV-510-W

| | | |
|---|---|---|
| DOROTHY M. LEE, Derivatively on Behalf of FAMILY DOLLAR STORES, INC., | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| HOWARD R. LEVINE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

THIS MATTER is scheduled to come before the Court for initial pretrial conference on 23 March 2007 at 4:00 p.m. Prior to said hearing, the parties are directed to meet and confer as provided by Rule 26(f) and Local Rule 16.1, and file with the Court an advisory joint statement of the case and case management plan.

IT IS SO ORDERED.

Signed: March 9, 2007

Frank D. Whitney
United States District Judge