# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:06CV510-W

| | |
|---|---|
| **DOROTHY M. LEE, Derivatively on Behalf of FAMILY DOLLAR STORES, INC.** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| vs. | )<br>) |
| **HOWARD R. LEVINE, et. al.,** | )<br>) |
| **Defendants.** | )<br>)<br>) |

**ORDER**

**THIS MATTER** is before the Court on Defendant Family Dollar Stores' "Motion for Admission Pro Hac Vice" (document #53) filed March 20, 2007, requesting the admission of Attorney Edward J. Fuhr. For the reasons set forth therein, the Motion will be **GRANTED**.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: March 20, 2007

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge