UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
File Number: 3:06-CV-510-W

| IN RE: | ) | |
| --- | --- | --- |
| | ) | |
| FAMILY DOLLAR STORES, INC. | ) | ORDER |
| DERIVATIVE SHAREHOLDERS | ) | |
| LITIGATION | ) | |

**THIS MATTER** is before the Court on Defendant C. Martin Sowers' "Motion to Admit Counsel Pro Hac Vice", filed June 22, 2007, requesting the admission of Attorney Brett A. Rogers. For the reasons set forth therein, the Motion will be **GRANTED.**

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED.**

Signed: June 22, 2007

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge